# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

DAVID PERRY

CIVIL ACTION NO.:_____

## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, David Perry, is identified more fully in Paragraph 27 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 1000 Brookview Drive, Apartment 2214, Copperas Cove, Texas 76522.

4. Attached as Attachment 1 is the Severance Order issued by the Court for the individual plaintiffs.

5. Attached as Attachment 2 is the Joint Complaint listing of the individual plaintiffs.

Dated: June 16, 2016                                    s/David B. Byrne, III

                                   Andy D. Birchfield, Jr.
                                   C. Gibson Vance
                                   David B. Byrne, III
                                   BEASLEY, ALLEN, CROW,
                                   METHVIN, PORTIS & MILES, P.C.
                                   Post Office Box 4160
                                   Montgomery, Alabama 36103-4160
                                   (334) 269-2343
                                   (334) 954-7555 (facsimile)
                                   Andy.Birchfield@BeasleyAllen.com
                                   Gibson.Vance@BeasleyAllen.com
                                   David.Byrne@BeasleyAllen.com
                                   ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on June 16, 2016, a copy of the above and foregoing Short Form Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                   s/David B. Byrne, III
                                   David B. Byrne, III